UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD LEE KISSNER,

    Plaintiff,

v.

JOSEPH MICHAEL ORR, et al.,

    Defendants.
_____/

Civil Case No. 20-13445
Honorable Linda V. Parker

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO SUPPORT LEGAL AUTHORITY

On May 2, 2022, Plaintiff filed a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b) (ECF No. 30), which this Court granted in part and denied in part on November 17, 2022 (ECF No. 37). On November 22, the Court received Plaintiff's "Motion to Supplement Legal Authority," which he signed and dated November 15. (ECF No. 39.) In the motion, Plaintiff asks the Court to consider certain legal premises in support of his motion for relief from judgment. Because the Court already decided Plaintiff's Rule 60(b) motion, entered an Amended Judgment, and closed this case, his current motion is moot. Moreover, the Court's decision with respect to Plaintiff's Rule 60(b) motion would not have been different even if the Court had received Plaintiff's "supplemental legal authority" before the decision was issued.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Supplement Legal Authority is **DENIED AS MOOT**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: December 2, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 2, 2022, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager